UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Roxanne Makamson,
   Plaintiff

      v.                                    Case No. 11-cv-385-SM

Wal-Mart Stores, Inc.,
   Defendant


ORDER OF DISMISSAL


In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

   SO ORDERED.

October 18, 2011

                                            _____
                                            Steven J. McAuliffe
                                            Chief Judge


cc:   Jim D. Waide, III, Esq.
      Rachel M. Pierce, Esq.
      Ronnie Lee Woodruff, Esq.
      Steven R. Cupp, Esq.